Submitted on record and briefs November 15, affirmed December 13, 1995, petition for review denied April 30, 1996 (323 Or 153)

CARL RAY GRENAWALT,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(93C-12000; CA A81554)

907 P2d 1138

David W. Knofler filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *Martin v. Baldwin,* 138 Or App 296, 906 P2d 868 (1995).